```
                                                              F I L E D
                                                       UNITED STATES DISTRICT COURT
                                                            DENVER, COLORADO

                                                              JUL 14 2021
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO                   JEFFREY P. COLWELL
                                                                    CLERK
```

Criminal Action No.

UNITED STATES OF AMERICA

      Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

      Defendants.

---

### ORDER TO UNSEAL

---

This matter is before the Court on the government's Motion for Public Access. Having reviewed the motion, and finding good cause shown, the Court ORDERS as follows:

1.     The indictment filed in the above-captioned matter is hereby ordered unsealed, and available to the public, upon the filing of the indictment by the Court's Clerk.

Dated this 15TH day of July, 2021.

                                                            BY THE COURT:

                                                          _____