# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

      Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

      Defendants

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    United States of America

DATED at Washington, DC this __15__ day of __July__, _2021_.

    Anthony W. Mariano
    Name of Attorney

    United States Department of Justice
    Firm Name

    450 Fifth Street, NW
    Office Address

    Washington, DC, 20530
    City, State, ZIP Code

    202-598-2737
    Telephone Number

    anthony.mariano@usdoj.gov
    Primary CM/ECF E-mail Address