**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

               Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

               Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

I, John Walsh, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, hereby certify that I am a member in good standing of the bar of this court and enter my appearance in the above-captioned matter on behalf of Defendant DaVita Inc.

Respectfully submitted this 19th day of July, 2021.

          */s/ John Walsh*          
          John Walsh
          **Wilmer Cutler Pickering Hale and Dorr LLP**
          1225 17th Street, Suite 2600
          Denver, CO 80202
          Telephone: (720)274-3135
          Facsimile:  (720)274-3133
          E-mail: john.walsh@wilmerhale.com

1

**CERTIFICATE OF SERVICE**

I certify that on July 19, 2021, I filed this document with the Clerk of the Court for the

United States District Court for the District of Colorado using the CM/ECF system, which will

serve this document on all counsel of record.

_s/ Tracy Gomez_
Tracy Gomez