IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

        Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

        Defendants.

## NOTICE OF ENTRY OF APPEARANCE

I, Heather S. Nyong'o, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, hereby certify that I am a member in good standing of the bar of this court and enter my appearance in the above-captioned matter on behalf of Defendant DaVita Inc.

Respectfully submitted this 19th day of July, 2021.

        */s/ Heather S. Nyong'o*
        Heather S. Nyong'o
        **Wilmer Cutler Pickering Hale and Dorr LLP**
        One Front Street, Suite 3500
        San Francisco, CA 94111
        Telephone: (628)235-1002
        Facsimile:  (628)235-1001
        E-mail: heather.nyong'o@wilmerhale.com

## CERTIFICATE OF SERVICE

I certify that on July 19, 2021, I filed this document with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system, which will serve this document on all counsel of record.

*s/ Tracy Gomez*
Tracy Gomez
