## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

        Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

        Defendants.

## NOTICE OF ENTRY OF APPEARANCE

I, Daniel Crump, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, hereby certify that I am a member in good standing of the bar of this court and enter my appearance in the above-captioned matter on behalf of Defendant DaVita Inc.

Respectfully submitted this 19th day of July, 2021.

    */s/ Daniel Crump*
    Daniel Crump
    **Wilmer Cutler Pickering Hale and Dorr LLP**
    350 South Grand Avenue, Suite 2400
    Los Angeles, CA 90071
    Telephone: (213)443-5300
    Facsimile:  (213)443-5400
    E-mail: daniel.crump@wilmerhale.com

## CERTIFICATE OF SERVICE

I certify that on July 19, 2021, I filed this document with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system, which will serve this document on all counsel of record.

    *s/ Tracy Gomez*
    Tracy Gomez