IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

   Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    DaVita Inc.

DATED at Washington, DC this 20th day of July, 2021.

    Tracey F. Milich
Name of Attorney

    Morgan, Lewis & Bockius LLP
Firm Name

    1111 Pennsylvania Avenue, NW
Office Address

    Washington, DC 20004
City, State, ZIP Code

    (202) 739-3000
Telephone Number

    tracey.milich@morganlewis.com
Primary CM/ECF E-mail Address