IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

    Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    DaVita Inc.

DATED at Philadelphia, PA this 20th day of July, 2021.

    Erica A. Jaffe
    Name of Attorney

    Morgan, Lewis & Bockius LLP
    Firm Name

    1701 Market Street
    Office Address

    Philadelphia, PA 19103
    City, State, ZIP Code

    (215) 963-5000
    Telephone Number

    erica.jaffe@morganlewis.com
    Primary CM/ECF E-mail Address