IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

        Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

        Defendants.

**DEFENDANT DAVITA INC.'S NOTICE OF WAIVER OF ARRAIGNMENT HEARING AND ENTRY OF PLEA OF NOT GUILTY**

Comes now before this Court the Defendant, DAVITA INC., by and through undersigned counsel, with this Notice of Waiver of Arraignment Hearing and Entry of Plea of Not Guilty to both counts in the Two-Count Indictment, Number 1:21-cr-00229.

Rule 10(b) of the Federal Rules of Criminal Procedure provides that "[a] defendant need not be present for the arraignment if:

(1) the defendant has been charged by indictment or misdemeanor information;

(2) the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and

(3) the court accepts the waiver."

Fed. R. Crim. P. 10(b).

On July 20, 2021, undersigned counsel (a) presented Defendant DaVita Inc. representatives with a copy of the indictment, Criminal No. 1:21-cr-00229; (b) discussed all charges and counts in the indictment; (c) confirmed that Defendant DaVita Inc. understands the charges, counts, and maximum penalties under law; (d) explained the purpose of arraignment and the right to be present for the arraignment; and (e) affirmed that Defendant DaVita Inc. elects to waive the right to be present at arraignment and elects to enter a plea of "not guilty" to all charges and counts in the indictment.

As evidenced by the signatures below, Defendant DaVita Inc. hereby (a) AFFIRMS that it has received a copy of the indictment, Criminal No. 1:21-cr-00229; (b) WAIVES the right to be present at arraignment; and (c) ENTERS a plea of "not guilty" to all charges and counts in the indictment, Criminal No. 1:21-cr-00229.

Respectfully submitted this 20th day of July, 2021.


 s/Kathleen A. Waters
DAVITA INC.
Defendant
By: Kathleen A. Waters
Title: Chief Legal and Public Policy Officer

 s/ John Walsh
John Walsh
Heather S. Nyong'o
Daniel Crump
**Wilmer Cutler Pickering Hale and Dorr LLP**
1225 17th Street, Suite 2600
Denver, CO 80202
Telephone: (720)274-3135
Facsimile:  (720)274-3133
E-mail: john.walsh@wilmerhale.com
E-mail: heather.nyong'o@wilmerhale.com
E-mail: daniel.crump@wilmerhale.com

*Attorneys for Defendant DaVita Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 20, 2021, I filed this document with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system, which will serve this document on all counsel of record.

 *s/ Tracy Gomez*
 Tracy Gomez