IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

Defendants.

**ENTRY OF APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    KENT THIRY

DATED at Denver, Colorado this 20th day of July 2021.

    Cliff Stricklin
Name of Attorney

    King & Spalding
Firm Name

    1401 Lawrence Street, Suite 1900
Office Address

    Denver, CO 80202
City, State, ZIP Code

    (720) 535-2327
Telephone Number

    cstricklin@kslaw.com
Primary CM/ECF E-mail Address