IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-CR-00229-RBJ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

   1. DAVITA INC.,
   2. KENT THIRY,

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

   I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

   Kent Thiry

   DATED at Chicago, Illinois this 21st day of July, 2021.

   Daniel R. Campbell
   Name of Attorney

   McDermott Will & Emery LLP
   Firm Name

   444 West Lake Street
   Office Address

   Chicago, Illinois 60601
   City, State, ZIP Code

   312-372-2000
   Telephone Number

   dcampbell@mwe.com
   Primary CM/ECF E-mail Address

DM_US 181362518-1.T13261.0010