AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| | ) |
| | ) Case No. 21-cr-00229-RBJ-1 |
| | ) |
| DaVita Inc. | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | Alfred A. Arraj Courthouse<br>901 19th Street<br>Denver, CO 80294 | Courtroom No.: A401 |
|---|---|---|
| | | Date and Time: 07/20/2021 2:00 pm |

This offense is briefly described as follows:

Count 1: Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1)
Count 2: Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1)

As soon as possible upon receipt of this summons, but not later than 9:00 am on the date of your appearance, you must contact the Probation Office at (303) 844-5424 to complete a bond interview.
Directly after your scheduled court appearance, Defendant shall check in with the U.S. Marshal's Service - 901 19th Street, 3rd floor, Denver, Colorado - (720) 264-7700, for processing.

Date: 07/14/2021

s/ R. Villa, Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted

X  Undersigned counsel provided a copy of the summons and indictment via email on July 15, 2021, to counsel for DaVita Inc. who accepted service by that means.

Date: 07/21/2021

s/ Megan S. Lewis
*Server's signature*

Megan S. Lewis, Trial Attorney
*Printed name and title*