IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-CR-00229-RBJ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

   1. DAVITA INC.,
   2. KENT THIRY,

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Kent Thiry

    DATED in Washington, D.C. this 23rd day of July, 2021.

                                          Justin P. Murphy
                                          Name of Attorney

                                          McDermott Will & Emery LLP
                                          Firm Name

                                          500 North Capitol Street, N.W.
                                          Office Address

                                          Washington, D.C. 20001
                                          City, State, ZIP Code

                                          202-756-8018
                                          Telephone Number
                                          JMURPHY@MWE.COM
                                          Primary CM/ECF E-mail Address