# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# Judge R. Brooke Jackson

Criminal Action No.: 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

    Defendants.

---

## ORDER GRANTING ALTERNATIVE
## CRIME VICTIM NOTIFICATION UNDER 18 U.S.C. § 3771

---

This matter comes before the Court on the United States' Motion for Alternative Victim Notification Under 18 U.S.C. § 3771 (Dkt. No. 27). The Court, being fully advised, grants the Motion. Accordingly, it is

ORDERED that the government may notify victims in this case in accordance with the procedures set out in the government's motion.

DATED this 26th day of July, 2021.

                              BY THE COURT:

                              _____
                              R. BROOKE JACKSON
                              United States District Judge