IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

   Defendants.

**RULE 12.4 DISCLOSURE STATEMENT OF DAVITA INC.**

Pursuant to Federal Rule of Criminal Procedure 12.4(a), the undersigned counsel for Defendant DaVita Inc. ("DaVita") submit the following Disclosure Statement: DaVita is a publicly traded company and has no parent entity. Berkshire Hathaway, Inc. is a publicly held corporation owning 10% or more of DaVita stock.

[signature on following page]

Dated:  August 20, 2021

Respectfully submitted,

**DAVITA INC.**

By: */s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.
Tracey F. Milich
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
T: (202) 739-3000
F: (202) 739-3001
clay.everett@morganlewis.com
tracey.milich@morganlewis.com

John F. Walsh, III
WilmerHale LLP
1225 17th Street, Suite 2600
Denver, CO 80220
T: (720) 274-3154
john.walsh@wilmerhale.com

Heather Steiner Nyong'o
WilmerHale LLP
One Front Street, Suite 3500
San Francisco, CA 94111
T: (628) 235-1007
heather.nyong'o@wilmerhale.com

Daniel Robert Crump
WilmerHale LLP-Los Angeles
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90064
T: (213) 443-5377
daniel.crump@wilmerhale.com

John C. Dodds
Erica A. Jaffe
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
T: (215) 963-5000
F: (215) 963-5001
john.dodds@morganlewis.com
erica.jaffe@morganlewis.com

*Counsel for Defendant DaVita Inc.*