# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

        Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

        Defendants.

## NOTICE OF ENTRY OF APPEARANCE

I, Seth P. Waxman, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, hereby certify that I am a member in good standing of the bar of this court and enter my appearance in the above-captioned matter on behalf of Defendant DaVita Inc.

Respectfully submitted this 9th day of September, 2021.

        */s/ Seth P. Waxman*
        Seth P. Waxman
        **Wilmer Cutler Pickering Hale and Dorr LLP**
        1875 Pennsylvania Avenue NW
        Washington, DC 20006
        Telephone: (202) 663-6000
        E-mail: seth.waxman@wilmerhale.com

2

## CERTIFICATE OF SERVICE

I certify that on September 9, 2021, I filed this document with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system, which will serve this document on all counsel of record.

                                            */s/ Seth P. Waxman*
                                            Seth P. Waxman