# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVITA INC.,

KENT THIRY

    Defendants,

## ENTRY OF APPEARANCE OF CARTER G. PHILLIPS

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for *amicus curiae* the National Association of Criminal Defense Lawyers.

Dated: September 22, 2021

Respectfully submitted,

s/ *Carter G. Phillips*
Carter G. Phillips
Sidley Austin LLP
1501 K Street NW
Washington, D.C. 20005
Telephone: (202) 736-8270
Facsimile: (202) 736-8711
Email: cphillips@sidley.com

*Attorney for amicus curiae the National Association of Criminal Defense Lawyers*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered counsel.

*s/ Carter G. Phillips*
Carter G. Phillips
Sidley Austin LLP
1501 K Street NW
Washington, D.C. 20005
Telephone: (202) 736-8270
Facsimile: (202) 736-8711
Email: cphillips@sidley.com