# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVITA INC.,

KENT THIRY

    Defendants,

## ENTRY OF APPEARANCE OF JEFFREY T. GREEN

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for *amicus curiae* the National Association of Criminal Defense Lawyers.

Dated: September 22, 2021        Respectfully submitted,

        s/ *Jeffrey T. Green*
        Jeffrey T. Green
        Sidley Austin LLP
        1501 K Street NW
        Washington, D.C. 60603
        Telephone: (202) 736-8291
        Facsimile: (202) 736-8711
        Email: jgreen@sidley.com

        *Attorney for amicus curiae the National Association of Criminal Defense Lawyers*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered counsel.

*s/ Jeffrey T. Green*
Jeffrey T. Green
Sidley Austin LLP
1501 K Street NW
Washington, D.C. 60603
Telephone: (202) 736-8291
Facsimile: (202) 736-8711
Email: jgreen@sidley.com