IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVITA INC.,

KENT THIRY

    Defendants,

---

**ENTRY OF APPEARANCE OF TACY F. FLINT**

---

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for *amicus curiae* the National Association of Criminal Defense Lawyers.

Dated: September 22, 2021

Respectfully submitted,

s/ *Tacy F. Flint*
Tacy F. Flint
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7875
Facsimile: (312) 853-7036
Email: tflint@sidley.com

*Attorney for amicus curiae the National Association of Criminal Defense Lawyers*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered counsel.

*s/ Tacy F. Flint*
Tacy F. Flint
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7875
Facsimile: (312) 853-7036
Email: tflint@sidley.com