IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVITA INC.,

KENT THIRY

    Defendants,

**ENTRY OF APPEARANCE OF BRIANNA O. GALLO**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for *amicus curiae* the National Association of Criminal Defense Lawyers.

Dated: September 22, 2021

Respectfully submitted,

s/ *Brianna O. Gallo*
Brianna O. Gallo
Sidley Austin LLP
787 Seventh Ave
New York, NY 10019
Telephone: (212) 839-8416
Facsimile: (212) 839-5599
Email: bgallo@sidley.com

*Attorney for amicus curiae the National Association of Criminal Defense Lawyers*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered counsel.

*s/ Brianna O. Gallo*
Brianna O. Gallo
Sidley Austin LLP 787 Seventh Ave
New York, NY 10019
Telephone: (212) 839-8416
Facsimile: (212) 839-5599
Email: bgallo@sidley.com