IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. Davita Inc.,
2. Kent Thiry,

Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Kent Thiry

    DATED at Dallas, Texas this 22ND day of October, 2021.

**Thomas M. Melsheimer**
Name of Attorney

**Winston & Strawn**
Firm Name

**2121 N. Pearl Street, Ste. 900**
Office Address

**Dallas, TX 75201**
City, State, ZIP Code

**214-453-6500**
Telephone Number

tmelsheimer@winston.com
Primary CM/ECF E-mail Address