## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

     Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

     Defendants

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:   The clerk of court and all parties of record

     I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for:

     United States of America

    DATED at Washington, DC this __15__ day of __November__, _2021_.

    /s/ James J. Fredricks
     Name of Attorney

    United States Department of Justice
     Firm Name

    450 Fifth Street, NW Rm. 11700
     Office Address

    Washington, DC, 20530
     City, State, ZIP Code

    202-307-1403
     Telephone Number

    James.Fredricks@usdoj.gov
     Primary CM/ECF E-mail Address