IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

| | | |
|---|---|---|
| Civil Action: | 21-cr-00229-RBJ | Date: November 19, 2021 |
| Courtroom Deputy: | Julie Dynes | Court Reporter:  Sarah Mitchell |
| Interpreter: | N/A | Probation: N/A |

---

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Sara Clingan* |
| | *James Fredricks* |
| | *Anthony Mariano* |
| | *William Vigen* |
| **Plaintiff** | |
| **v.** | |
| 1. DAVITA INC | *John Dodds* |
| | *L. Clayton Everett* |
| | *David Lehn* |
| | *John Walsh* |
| | *Seth Waxman* |
| 2. KENT THIRY | *Jeffrey Stone* |
| | *Clifford Stricklin* |
| **Defendants** | |

---

### COURTROOM MINUTES

---

**ORAL ARGUMENT**

Court in Session:  9:00 a.m.

Appearance of counsel.

Defendant Kent Thiry present on bond.

Argument given by Mr. Waxman and Mr. Vigen on [49] Joint Motion to Dismiss and [83] Defendants' Joint Renewed Motion to Dismiss.

**ORDERED:**   **[49] Joint Motion to Dismiss and [83] Defendants' Joint Renewed Motion to Dismiss are TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess:  10:48 a.m.              Hearing concluded.              Total time in Court:  01:48