IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

    Defendants.

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO EXHIBITS TO AND REDACTED PORTIONS OF ITS MOTION FOR A RULE 17(C) SUBPOENA AND JUDICIAL DETERMINATION OF PRIVILEGE CLAIMS**

The United States moves, pursuant to D.C.COLO.LCrR 47.1, to restrict public access to the exhibits to and redacted portions of its Motion for a Rule 17(c) Subpoena and Judicial Determination of Privilege Claims (ECF No. 95). The United States requests Level 2 restriction, limiting access to the Court and the defendants in this case. The United States further moves that the Court order that any related filings, including any responses to this motion, identifying confidential grand jury information or unindicted individuals or entities similarly be filed with a Level 2 restriction. The United States is submitting under restriction a brief that contains the basis for this motion including the information required by D.C.COLO.LCrR 47.1(c)(1)-(5). The United States filed a redacted version of its Motion for a Rule 17(c) Subpoena and Judicial Determination of Privilege Claims, with the restricted information removed (ECF No. 95).

DATED: December 3, 2021

                Respectfully submitted,

                */s/ Anthony W. Mariano*
                Anthony W. Mariano, Trial Attorney
                Megan S. Lewis, Assistant Chief
                Sara M. Clingan, Trial Attorney
                William J. Vigen, Trial Attorney
                U.S. Department of Justice, Antitrust Division
                Washington Criminal II Section
                450 Fifth Street, N.W.
                Washington, D.C. 20530
                Tel: 202-598-2737 / 202-598-8145 / 202-480-1951 / 202-353-2411
                FAX: 202-514-9082
                E-mail: anthony.mariano@usdoj.gov / megan.lewis@usdoj.gov / sara.clingan2@usdoj.gov / william.vigen@usdoj.gov

## CERTIFICATE OF SERVICE

On December 3, 2021, I filed this document with the Clerk of the Court using CM/ECF, which will serve this document on all counsel of record.

                                                    /s/ *Anthony W. Mariano*
                                                  Anthony W. Mariano
                                                  Trial Attorney
                                                  U.S. Department of Justice
                                                  Antitrust Division
                                                  Washington Criminal II Section
                                                  450 5th Street, NW
                                                  Washington, DC 20001
                                                  Tel: 202-598-2737
                                                  Fax: 202-514-9082
                                                  anthony.mariano@usdoj.gov
                                                  MA Bar No. 688559