IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

   Defendants.

---

### ENTRY OF APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    United States of America

    DATED at Washington, DC this __13__ day of __December__, __2021__.

      Terence Andrew Parker
Name of Attorney

  United States Department of Justice
Firm Name

   450 Fifth St. NW
Office Address

   Washington, DC 20530
City, State, ZIP Code

   202-705-6156
Telephone Number

   terence.parker2@usdoj.gov
Primary CM/ECF E-mail Address