**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,
                Plaintiff,

v.
   1. DAVITA INC.,
   2. KENT THIRY,

                Defendants.

**MOTION TO WITHDRAW APPEARANCE OF ATTORNEY TRACEY F. MILICH**

Pursuant to D.C.Colo.LAttyR 5(b), Attorney Tracey F. Milich hereby respectfully requests that her appearance as Counsel for DaVita Inc. ("DaVita") be withdrawn. Ms. Milich is leaving Morgan, Lewis & Bockius LLP ("Morgan Lewis"), effective Friday, December 24, 2021. DaVita will continue to be represented by the other attorneys on record. No deadlines scheduled by the Court will be adversely affected by this withdrawal and no party will be prejudiced by the withdrawal.

Date: December 20, 2021
                                              Respectfully submitted,

                                              */s/ Tracey F. Milich*
                                              Tracey F. Milich
                                              MORGAN, LEWIS & BOCKIUS LLP
                                              1111 Pennsylvania Avenue, NW
                                              Washington, DC 20004
                                              Phone: (202) 739-3000
                                              Fax: (202) 739-3001
                                              tracey.milich@morganlewis.com

                                              **ATTORNEY FOR DAVITA INC.**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ Tracey F. Milich*
Tracey F. Milich

2