## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

    1.  DAVITA INC.,

    2.  KENT THIRY,

        Defendants.

_____

## DAVITA'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO PRIVILEGED DOCUMENTS SUBMITTED FOR *IN CAMERA* REVIEW AND EXHIBITS TO ITS RESPONSE TO UNITED STATES' MOTION FOR A RULE 17(c) SUBPOENA AND JUDICIAL DETERMINATION OF PRIVILEGE CLAIMS

_____

Defendant DaVita Inc. ("DaVita") moves, pursuant to D.C.COLO.LCrR 47.1, to restrict public access to Appendix A, Appendix A-1, and the fifteen documents identified in Appendix A, which were the subject of the United States' Motion for a Rule 17(c) Subpoena and Judicial Determination of Privilege Claims [Dkt. No. 101] and the Court's December 8, 2021 Order [Dkt. No. 103].  DaVita requests Level 3 restriction, limiting access to the Court and the filing party, DaVita.

DaVita also moves, pursuant to D.C.COLO.LCrR 47.1, to restrict public access to thirteen exhibits to its Response to the United States' Motion for a Rule 17(c) Subpoena and Judicial Determination of Privilege Claims [Dkt. No. 114].  DaVita requests Level 2 restriction, limiting access to the Court, the government, and the filing party, DaVita.  DaVita further moves

that the Court order that any related filings, including any responses to this motion, identifying

confidential grand jury information or unindicted individuals or entities similarly be filed with a

Level 2 restriction.

DaVita is submitting under Level 2 restriction a brief that contains the basis for this

motion including the information required by D.C.COLO.LCrR 47.1(c)(1)-(5).

The United States does not oppose this motion.


December 20, 2021                          Respectfully submitted,

                                          */s/ John F. Walsh III*
                                          JOHN F. WALSH III
                                          WILMER CUTLER PICKERING HALE & DORR LLP
                                          1225 17th Street, Suite 2600
                                          Denver, CO 80220
                                          (720) 274-3154
                                          john.walsh@wilmerhale.com

                                          JOHN C. DODDS
                                          MORGAN LEWIS & BOCKIUS LLP
                                          1701 Market Street
                                          Philadelphia, PA 19103-2921
                                          (215) 963-4942
                                          john.dodds@morganlewis.com

                                          *Counsel for Defendant DaVita Inc.*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a), Defendant DaVita conferred with counsel for the United States by email on December 17, 2021, regarding this motion, and the United States does not oppose this motion.

**CERTIFICATE OF SERVICE**

I certify that on December 20, 2021, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

*/s/ John F. Walsh III*
John F. Walsh III