IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

     Defendants.

---

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT
PUBLIC ACCESS TO ITS *JAMES* BRIEF AND ATTACHMENTS**

---

The United States moves, pursuant to D.C.COLO.LCrR 47.1, to restrict public access to its *James* Brief, and its two attachments: the *James* log and a co-conspirator guide summarizing relevant co-conspirators (ECF Nos. 128, 128-1, 128-2), as well as the brief in support of this Motion. The United States requests Level 2 restriction, limiting access to the Court, the United States, and the Defendants in this case. The United States further moves that the Court order that any related filings, including any responses to the *James* brief, identifying unindicted individuals or entities similarly be filed with a Level 2 restriction. The United States is submitting under restriction a brief that contains the basis for this motion including the information required by D.C.COLO.LCrR 47.1(c)(1)-(5). Defendants do not oppose this Motion.

DATED: January 26, 2022

        Respectfully submitted,

        */s/ Sara M. Clingan*
        Sara M. Clingan, Trial Attorney
        Megan S. Lewis, Assistant Chief
        Anthony W. Mariano, Trial Attorney
        William J. Vigen, Trial Attorney
        Terence A. Parker, Trial Attorney
        U.S. Department of Justice, Antitrust Division
        Washington Criminal I Section
        450 Fifth Street, N.W.
        Washington, D.C. 20530
        Tel: 202-480-1951
        FAX: 202-514-9082
        E-mail: sara.clingan2@usdoj.gov

## CERTIFICATE OF CONFERENCE

Pursuant to D.C.Colo.LCrR 7.1, counsel for the United States conferred with counsel for the Defendants, who do not oppose this Motion.

        */s/ Sara M. Clingan*
        Sara M. Clingan
        Trial Attorney

## CERTIFICATE OF SERVICE

On January 26, 2022, I filed this document with the Clerk of the Court using CM/ECF, which will serve this document on all counsel of record.

        */s/ Sara M. Clingan*
        Sara M. Clingan
        Trial Attorney