IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

    Defendants.

## UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO EXHIBITS TO SUPPLEMENTAL MOTION *IN LIMINE*

The United States moves, pursuant to D.C.COLO.LCrR 47.1, to restrict public access to the Exhibits to its Supplemental Motion *In Limine* to Exclude Insufficient and Irrelevant Evidence For an Ancillarity Defense. The United States requests Level 2 restriction, limiting access to the Court, the United States, and the Defendants in this case. The United States is submitting under restriction a brief that contains the basis for this motion including the information required by D.C.COLO.LCrR 47.1(c)(1)-(5).

DATED: February 7, 2022

                                                      Respectfully submitted,

                                                      */s/ Megan S. Lewis*
                                                      Megan S. Lewis, Assistant Chief
                                                      Terence A. Parker, Trial Attorney
                                                      Sara M. Clingan, Trial Attorney
                                                      Anthony W. Mariano, Trial Attorney
                                                      William J. Vigen, Trial Attorney
                                                      U.S. Department of Justice, Antitrust Division
                                                      Washington Criminal II Section
                                                      450 Fifth Street, N.W.
                                                      Washington, D.C. 20530
                                                      Tel: 202-598-8145; FAX: 202-514-9082
                                                      E-mail: megan.lewis@usdoj.gov

## CERTIFICATE OF CONFERENCE

Pursuant to D.C.Colo.LCrR 7.1, counsel for the United States conferred with counsel for the Defendants, who do not oppose this Motion.

/s/ Megan S. Lewis
Megan S. Lewis
Assistant Chief

## CERTIFICATE OF SERVICE

On February 7, 2022, I filed this document with the Clerk of the Court using CM/ECF, which will serve this document on all counsel of record.

/s/ Megan S. Lewis
Megan S. Lewis
Assistant Chief