**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

                Plaintiff,

v.

    1.  DAVITA INC.,

    2.  KENT THIRY,

                Defendants.

_____

**DEFENDANTS' MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO DEFENDANTS' JOINT SUPPLEMENTAL MOTIONS *IN LIMINE* AND EXHIBITS**
_____

      Defendants move, pursuant to D.C.COLO.LCrR 47.1, to restrict public access to Defendants' Joint Supplemental Motions *in Limine* and accompanying exhibits. Defendants request Level 2 restriction, limiting access to the Court, Division, and Defendants. Defendants further move that the Court order that any related exhibits and filings, including any responses to this motion, identifying confidential grand jury information or unindicted individuals or entities similarly be filed with a Level 2 restriction.

      Defendants are submitting under Level 2 restriction a brief that contains the basis for this motion including the information required by D.C.COLO.LCrR 47.1(c)(1)-(5).

      The United States does not oppose this motion.

1

| | |
|---|---|
| Dated: February 7, 2022 | Respectfully submitted, |
| Jeffrey Stone<br>Daniel Campbell<br>McDermott Will & Emery LLP<br>444 W Lake St.<br>Chicago, IL 60606<br>(312) 984-2064<br>jstone@mwe.com | /s/ *John F. Walsh III*<br>John F. Walsh III<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1225 17th Street, Suite 2600<br>Denver, CO 80220<br>(720) 274-3154<br>john.walsh@wilmerhale.com |
| Justin P. Murphy<br>McDermott Will & Emery LLP<br>500 North Capitol Street, NW<br>Washington, DC 20001-1531<br>(202) 756-8018<br>jmurphy@mwe.com | John C. Dodds<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>(215) 963-4942<br>john.dodds@morganlewis.com |
| *Counsel for Defendant Kent Thiry* | *Counsel for Defendant DaVita Inc.* |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), Defendant DaVita conferred with counsel for the United States by email on February 5, 2022, regarding this motion, and the United States does not oppose this motion.

## CERTIFICATE OF SERVICE

I certify that on February 7, 2022, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

/s/ *John F. Walsh III*
John F. Walsh III