IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

      Defendants.

## UNITED STATES' MOTION TO RESTRICT DOCUMENTS

The United States respectfully moves pursuant to D.C.COLO.LCrR 47.1 to restrict at Level 3—a restriction to "the filing party and the court only"—the Motion for E*x Parte In Camera Giglio* Review and its exhibits, and any order revealing the contents of those documents, for the reasons set forth in the brief filed in support of this motion.

DATED: February 17, 2022        Respectfully submitted,

                                          */s/ Megan S. Lewis*
                                          Megan S. Lewis, Assistant Chief
                                          Sara M. Clingan, Trial Attorney
                                          Anthony W. Mariano, Trial Attorney
                                          William J. Vigen, Trial Attorney
                                          Terence A. Parker, Trial Attorney
                                          U.S. Department of Justice, Antitrust Division
                                          Washington Criminal II Section
                                          450 Fifth Street, N.W.
                                          Washington, D.C. 20530
                                          Tel: 202-598-8145
                                          FAX: 202-514-9082
                                          E-mail: megan.lewis@usdoj.gov

**CERTIFICATE OF CONFERENCE**

In light of the request for Level 3 restriction and *ex parte in camera* review, undersigned counsel submits that good cause exists for this motion to be exempt for the requirements of Local Rule 7.1(a).

/s/ Megan S. Lewis
Megan S. Lewis
Assistant Chief

**CERTIFICATE OF SERVICE**

On February 17, 2022, I filed this document with the Clerk of the Court using CM/ECF, which will serve notice on all counsel of record.

/s/ Megan S. Lewis
Megan S. Lewis
Assistant Chief