IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. __21-cr-00229-RBJ__

UNITED STATES OF AMERICA,

   Plaintiff,

v.

  1. Davita Inc.,
  2. Kent Thiry,

Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Kent Thiry

DATED at San Diego, California this 17th day of February, 2022.

    Juanita R. Brooks
    Name of Attorney

    Fish & Richardson P.C.
    Firm Name

    12860 El Camino Real, Ste. 400
    Office Address

    San Diego, CA 92130
    City, State, ZIP Code

    858-678-5070
    Telephone Number

    brooks@fr.com
    Primary CM/ECF E-mail Address