IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

    Defendants.

**UNITED STATES' MOTION TO RESTRICT DOCUMENTS**

The United States respectfully moves pursuant to D.C.COLO.LCrR 47.1 to restrict public access to the unredacted Opposition to Defendants' Motion to Compel Production of Brady Material and its exhibit (ECF No. 166) and as to the redacted portions of its Redacted Opposition to Defendants' Motion to Compel Production of *Brady* Material (ECF No. 167). The United States requests Level 2 restriction, limiting access to the Court and the defendants in this case. The United States is submitting under restriction a brief that contains the basis for this motion including the information required by D.C.COLO.LCrR 47.1(c)(1)-(5).

DATED: February 18, 2022	Respectfully submitted,

	*/s/ Megan S. Lewis*
	Megan S. Lewis, Assistant Chief
	Sara M. Clingan, Trial Attorney
	Anthony W. Mariano, Trial Attorney
	William J. Vigen, Trial Attorney
	Terence A. Parker, Trial Attorney
	U.S. Department of Justice, Antitrust Division
	Washington Criminal II Section
	450 Fifth Street, N.W.
	Washington, D.C. 20530
	Tel: 202-598-8145
	FAX: 202-514-9082
	E-mail: megan.lewis@usdoj.gov

## CERTIFICATE OF CONFERENCE

Pursuant to D.C.Colo.LCrR 7.1, counsel for the United States conferred with counsel for the Defendants, who do not oppose this Motion.

	*/s/ Megan S. Lewis*
	Megan S. Lewis
	Assistant Chief

## CERTIFICATE OF SERVICE

On February 18, 2022, I filed this document with the Clerk of the Court using CM/ECF, which will serve notice on all counsel of record.

	*/s/ Megan S. Lewis*
	Megan S. Lewis
	Assistant Chief