IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

      Defendants.

## UNITED STATES' UNOPPOSED MOTION TO RESTRICT DOCUMENTS

The United States respectfully moves pursuant to D.C.COLO.LCrR 47.1 to restrict public access to its Response in Opposition to Defendants' Joint Supplemental Motions *In Limine* and exhibits to that response. The United States requests Level 2 restriction, limiting access to the Court and the defendants in this case. The United States is submitting under restriction a brief that contains the basis for this motion including the information required by D.C.COLO.LCrR 47.1(c)(1)-(5). Defendants do not oppose this motion to restrict.

DATED: February 22, 2022        Respectfully submitted,

                                        */s/ Terence A. Parker*
                                        Terence A. Parker, Trial Attorney
                                        Megan S. Lewis, Assistant Chief
                                        Sara M. Clingan, Trial Attorney
                                        Anthony W. Mariano, Trial Attorney
                                        William J. Vigen, Trial Attorney
                                        U.S. Department of Justice, Antitrust Division
                                        Washington Criminal II Section
                                        450 Fifth Street, N.W.
                                        Washington, D.C. 20530
                                        Tel: 202-705-6156
                                        FAX: 202-514-9082
                                        E-mail: terence.parker2@usdoj.gov

**CERTIFICATE OF CONFERENCE**

Pursuant to D.C.Colo.LCrR 7.1, counsel for the United States conferred with counsel for the Defendants, who do not oppose this Motion.

/s/ Terence A. Parker
Terence A. Parker
Trial Attorney

**CERTIFICATE OF SERVICE**

On February 22, 2022, I filed this document with the Clerk of the Court using CM/ECF, which will serve notice on all counsel of record.

/s/ Terence A. Parker
Terence A. Parker
Trial Attorney