IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 21-cr-00229-RBJ | Date: | February 24, 2022 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |
| Interpreter: | N/A | Probation: | N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Sara Clingan* |
| | *Megan Lewis* |
| | *Anthony Mariano* |
| **Plaintiff** | |
| v. | |
| 1. DAVITA INC | *John Dodds* |
| | *John Walsh* |
| | *Daniel Campbell* |
| 2. KENT THIRY | *Thomas Melsheimer* |
| | *Jeffrey Stone* |
| **Defendants** | |

## COURTROOM MINUTES

**JAMES HEARING**

Court in Session:  9:00 a.m.

Appearance of counsel.

Defendant Kent Thiry present on bond.

Timing of today and future hearings outlined by the Court.

**ORDERED:  All exhibits are admitted for the limited purpose of today's hearing.**

Government's witness, Special Agent Laura Timens, called and sworn.

9:09 a.m.      Direct examination of Special Agent Timens by Ms. Clingan.

| | |
|---|---|
| **10:23 a.m.** | **Court in recess.** |
| **10:36 a.m.** | **Court in session.** |

10:37 a.m.     Cross examination of Special Agent Timens by Mr. Walsh.

11:18 a.m.     Cross examination of Special Agent Timens by Mr. Melsheimer.

Parties may use time during their motions hearing next week to argue their positions, if desired.

Court in Recess:  12:03 p.m.          Hearing concluded.          Total time in Court:  02:49