IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. Davita Inc.,
2. Kent Thiry,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Kent Thiry

    DATED at Dallas, Texas this 1st day of March, 2022.

    Scott C. Thomas
    Name of Attorney

    Winston & Strawn, LLP
    Firm Name
    2121 N. Pearl St., Suite 900
    Office Address
    Dallas, TX 75201
    City, State, ZIP Code
    214-453-6500
    Telephone Number
    scthomas@winston.com
    Primary CM/ECF E-mail Address

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

<u>*s/   Scott C. Thomas*</u>

2