IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

           Plaintiff,

v.

    1. DAVITA INC.,

    2. KENT THIRY,

           Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO EXHIBITS ACCOMPANYING DEFENDANTS' NOTICE IDENTIFYING SPECIFIC *JAMES* LOG ENTRIES FOR PARTICULAR OBJECTION**

---

       Defendants move, pursuant to D.C.COLO.LCrR 47.1, to restrict public access to two exhibits (Dkt. 193 and 194) accompanying Defendants' Notice Identifying Specific *James* Log Entries for Particular Objection. Defendants request Level 2 restriction, limiting access to the Court, the government, and defendants. Defendants further move that the Court order that any related exhibits and filings, including any responses to this motion, identifying confidential grand jury information or unindicted individuals or entities similarly be filed with a Level 2 restriction.

       The United States does not oppose this motion.

Dated:  March 2, 2022

Jeffrey Stone
Daniel Campbell
McDermott Will & Emery LLP
444 W Lake St.
Chicago, IL 60606
(312) 984-2064
jstone@mwe.com

Justin P. Murphy
McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8018
jmurphy@mwe.com

*Counsel for Defendant Kent Thiry*

Respectfully submitted,

/s/ *John F. Walsh III*
John F. Walsh III
Wilmer Cutler Pickering Hale & Dorr LLP
1225 17th Street, Suite 2600
Denver, CO 80220
(720) 274-3154
john.walsh@wilmerhale.com

John C. Dodds
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-4942
john.dodds@morganlewis.com

*Counsel for Defendant DaVita Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), Defendant DaVita conferred with counsel for the United States by email on March 2, 2022, regarding this motion, and the United States does not oppose this motion.

## CERTIFICATE OF SERVICE

I certify that on March 2, 2022, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

/s/ *John F. Walsh III*
John F. Walsh III