IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 21-cr-00229-RBJ | Date: March 3, 2022 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kevin Carlin |
| Interpreter: | N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Sara Clingan* |
| | *Megan Lewis* |
| | *Anthony Mariano* |
| | *Terrance Parker* |
| | *William Vigen* |
| **Plaintiff** | |
| v. | |
| 1. DAVITA INC | *John Dodds* |
| | *J. Clayton Everett* |
| | *John Walsh* |
| 2. KENT THIRY | *Juanita Brooks* |
| | *Thomas Melsheimer* |
| | *Jeffrey Stone* |
| **Defendants** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 9:05 a.m.

Appearance of counsel.

Defendant Kent Thiry present on bond.

Argument given on the defendants' remaining narrowed objections to James log entries by Ms. Clingman and Mr. Walsh.

Argument given on [106] United States' Motion to Exclude Defendants' Expert by Mr. Vigen and Mr. Everett.

**ORDERED:** Defense is to provide the government with everything it has received from their expert by tomorrow, with a report to follow. If requested, a Daubert hearing will be held during trial.

Argument given on [107] United States' Omnibus Motions *In Limine* to exclude evidence as to procompetitive effects, good intentions, lack of harm, and justification evidence, [144] Restricted Document, and [145] United States' Supplemental Motion *In Limine* to Exclude Insufficient and Irrelevant Evidence for an Ancillarity Defense by Ms. Wilson and Mr. Everett.

Argument given on [110] Defendants' Joint Motion *In Limine* to Exclude Compensation and Financial Circumstances Evidence by Ms. Brooks and Mr. Vigen.

Argument given on [146] Restricted Document related to excluding summary witnesses and exhibits by Mr. Dodds and Mr. Vigen.

Argument given on [139] Restricted Document related to cross-examination of Mr. Kogod by Mr. Melsheimer and Mr. Vigen.

Argument given on [146] Restricted Document related to uncharged conduct by Mr. Dodds.

**11:01 a.m.**     Court in recess.
**11:22 a.m.**     Court in session.

Argument given on [146] Restricted Document related to uncharged conduct with comments about pending motion [101] United States' Motion for a Rule 17(c) Subpoena and Judicial Determination of Privilege Claims by Mr. Vigen.

Argument given on [146] Restricted Document related to excluding pre-conspiracy events by Mr. Dobbs.

Argument given on [135] Restricted Document related to Brady Material by Mr. Walsh and Ms. Lewis.

Argument given on [141] United States' Supplemental Motion *In Limine* to Exclude Evidence of Attorney Proffers by Ms. Lewis and Mr. Walsh.

Argument given on preliminary jury instruction by Ms. Lewis and Mr. Everett.

**ORDERED:** Motions are TAKEN UNDER ADVISEMENT, written order to issue.

Court in Recess: 12:25 p.m.          Hearing concluded.          Total time in Court: 02:59