# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

       Defendants.

---

## JOINT STIPULATION #1

The parties hereby stipulate and agree that all documents listed in Attachment A to this Joint Stipulation #1 are authentic records of the entities or individuals that produced them. Accordingly, the parties agree that the requirements of Federal Rule of Evidence 901 are satisfied with respect to the documents in Attachment A to this Joint Stipulation #1. This stipulation is limited to authenticity. Defendants reserve all other challenges to admissibility, including, but not limited to, challenges brought under Rules 402, 403, and 802.

Dated:  March 4, 2022

Respectfully submitted,

*/s/ William J. Vigen*
William J. Vigen, Trial Attorney
Megan S. Lewis, Assistant Chief
Sara M. Clingan, Trial Attorney
Terrence A. Parker, Trial Attorney
Anthony W. Mariano, Trial Attorney
U.S. Department of Justice, Antitrust Division
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: 202-304-6283
E-mail: william.vigen@usdoj.gov

*Counsel for United States*

1

Dated:  March 4, 2022

Respectfully submitted,

JOHN C. DODDS
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-4942
john.dodds@morganlewis.com

*/s/ J. Clay Everett, Jr.*
JOHN F. WALSH III
WILMER CUTLER PICKERING HALE & DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80220
(720) 274-3154
john.walsh@wilmerhale.com

J. CLAY EVERETT, JR.
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
(202) 739-5860
clay.everett@morganlewis.com

*Counsel for Defendant DaVita Inc.*

CLIFFORD B. STRICKLIN
KING & SPALDING
1401 Lawrence Street, Suite 1900
Denver, CO 80202
(720) 535-2327
cstricklin@kslaw.com

JUSTIN P. MURPHY
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8018
jmurphy@mwe.com

JEFFREY E. STONE
DANIEL CAMPBELL
McDermott Will & Emery LLP
444 W Lake St.
Chicago, IL 60606
(312) 984-2064
jstone@mwe.com
dcampbell@mwe.com

*Counsel for Defendant Kent Thiry*

## CERTIFICATE OF SERVICE

On March 4, 2022, I filed this document with the Clerk of the Court using CM/ECF, which will serve notice on all counsel of record.

*/s/ William J. Vigen*
William J. Vigen
Trial Attorney

**Attachment A to Joint Stipulation #1**

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 1 | DOJ-PROD001A-00000075 |
| 2 | DOJ-PROD003-00058833 |
| 3 | DOJ-PROD003-00062215 |
| 4 | DOJ-PROD001A-00000011 |
| 5 | DOJ-PROD003-00059705 |
| 6 | DOJ-PROD001A-00000109 |
| 7 | DOJ-PROD001A-00000038 |
| 8 | DOJ-PROD001A-00000029 |
| 9 | DOJ-PROD001A-00000073 |
| 10 | DOJ-PROD001A-00000033 |
| 11 | DOJ-PROD003-00146959 |
| 12 | DOJ-PROD001A-00000007 |
| 13 | DOJ-PROD001A-00000123 |
| 14 | DOJ-PROD001A-00000122 |
| 15 | DOJ-PROD001A-00000295 |
| 16 | DOJ-PROD001A-00000234 |
| 17 | DOJ-PROD001A-00000236 |
| 18 | DOJ-PROD001A-00000135 |
| 19 | DOJ-PROD001A-00000136 |
| 20 | DOJ-PROD001A-00000115 |
| 21 | DOJ-PROD001A-00000116 |
| 22 | DOJ-PROD001A-00000284 |
| 23 | DOJ-PROD001A-00000286 |
| 24 | DOJ-PROD001A-00000289 |
| 25 | DOJ-PROD001A-00000238 |
| 26 | DOJ-PROD001A-00000239 |
| 27 | DOJ-PROD001A-00000126 |
| 28 | DOJ-PROD001A-00000231 |
| 29 | DOJ-PROD001A-00000120 |
| 30 | DOJ-PROD001B-00209920 |
| 31 | DOJ-PROD001A-00000012 |
| 32 | DOJ-PROD001A-00000023 |
| 33 | DOJ-PROD001A-00000121 |
| 34 | DOJ-PROD001A-00000137 |
| 35 | DOJ-PROD001A-00000138 |
| 36 | DOJ-PROD001A-00000155 |
| 37 | DOJ-PROD001A-00000161 |
| 38 | DOJ-PROD001A-00000172 |
| 39 | DOJ-PROD001A-00000174 |
| 40 | DOJ-PROD001A-00000205 |
| 41 | DOJ-PROD001A-00000211 |
| 42 | DOJ-PROD001A-00000079 |
| 46 | DOJ-PROD001A-00000008 |

## Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 47-1 | DOJ-PROD001B-00327161 |
| 47-2 | DOJ-PROD004-00638158 |
| 48-1 | DOJ-PROD001B-00327160 |
| 48-2 | DOJ-PROD004-00404272 |
| 49 | DOJ-PROD001B-00327133 |
| 50 | DOJ-PROD001B-00538908 |
| 53-1 | DOJ-PROD001B-00158721 |
| 53-2 | DOJ-PROD004-00625914 |
| 54 | DOJ-PROD001B-00327192 |
| 55-1 | DOJ-PROD001B-00327194 |
| 55-2 | DOJ-PROD004-00405766 |
| 56-1 | DOJ-PROD001B-00696383 |
| 56-2 | DOJ-PROD001B-02161765 |
| 57 | DOJ-PROD001A-00001182 |
| 58-1 | DOJ-PROD001A-00001183 |
| 58-2 | DOJ-PROD004-00637153 |
| 59-1 | DOJ-PROD001A-00001193 |
| 59-2 | DOJ-PROD004-00409538 |
| 60-1 | DOJ-PROD001B-00143207 |
| 60-2 | DOJ-PROD004-00815709 |
| 61-1 | DOJ-PROD001B-01170414 |
| 61-2 | DOJ-PROD004-00559178 |
| 62-1 | DOJ-PROD001B-01170420 |
| 62-2 | DOJ-PROD004-00644435 |
| 63-1 | DOJ-PROD001B-01038769 |
| 63-2 | DOJ-PROD004-00496159 |
| 64-1 | DOJ-PROD001B-01038768 |
| 64-2 | DOJ-PROD004-00809826 |
| 66-1 | DOJ-PROD001B-01282359 |
| 66-2 | DOJ-PROD004-00805947 |
| 67-1 | DOJ-PROD001B-00204412 |
| 67-2 | DOJ-PROD004-00615494 |
| 67-3 | DOJ-PROD001B-00152893 |
| 67-4 | DOJ-PROD002-00003188 |
| 68 | DOJ-PROD004-00921418 |
| 69-1 | DOJ-PROD001B-00204413 |
| 69-2 | DOJ-PROD002-00003189 |
| 69-3 | DOJ-PROD004-00799594 |
| 70-1 | DOJ-PROD001B-00152894 |
| 70-2 | DOJ-PROD004-00615495 |
| 75-1 | DOJ-PROD001B-00271626 |
| 75-2 | DOJ-PROD002-00005278 |
| 76-1 | DOJ-PROD001B-00271627 |

## Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 76-2 | DOJ-PROD002-00005279 |
| 76-3 | DOJ-PROD024-00001463 |
| 77-1 | DOJ-PROD001B-00271463 |
| 77-2 | DOJ-PROD004-00618579 |
| 78-1 | DOJ-PROD001B-00271460 |
| 78-2 | DOJ-PROD002-00004983 |
| 81 | DOJ-PROD001B-00157126 |
| 82-1 | DOJ-PROD001B-00844033 |
| 82-2 | DOJ-PROD004-00618385 |
| 84 | DOJ-PROD001B-00158327 |
| 85 | DOJ-PROD001A-00000021 |
| 86-1 | DOJ-PROD001B-00204443 |
| 86-2 | DOJ-PROD001A-00000019 |
| 88 | DOJ-PROD001B-00950517 |
| 89 | DOJ-PROD001B-01275781 |
| 90 | DOJ-PROD001B-00157911 |
| 91 | DOJ-PROD001B-00165476 |
| 92 | DOJ-PROD001B-00999981 |
| 94 | DOJ-PROD001A-00001908 |
| 95 | DOJ-PROD001-00000271 |
| 96 | DOJ-PROD003-01963131 |
| 97 | DOJ-PROD001B-02190450 |
| 103 | DOJ-PROD001A-00001890 |
| 110 | DOJ-PROD001B-00449354 |
| 111 | DOJ-PROD001B-00538823 |
| 112 | DOJ-PROD001A-00000089 |
| 113 | DOJ-PROD014-00020688 |
| 114 | DOJ-PROD014-00020689 |
| 115 | DOJ-PROD014-00020690 |
| 116 | DOJ-PROD014-00020691 |
| 117 | DOJ-PROD014-00020692 |
| 118 | DOJ-PROD014-00020693 |
| 119 | DOJ-PROD014-00020694 |
| 120 | DOJ-PROD014-00020695 |
| 121 | DOJ-PROD014-00020696 |
| 122 | DOJ-PROD014-00020697 |
| 123 | DOJ-PROD014-00020698 |
| 124 | DOJ-PROD014-00020699 |
| 125 | DOJ-PROD014-00020700 |
| 126 | DOJ-PROD014-00020701 |
| 127 | DOJ-PROD014-00020702 |
| 128 | DOJ-PROD014-00020703 |
| 129 | DOJ-PROD001A-00000026 |

## Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 130 | DOJ-PROD014-00025677 |
| 131 | DOJ-PROD014-00025678 |
| 132 | DOJ-PROD001A-00000351 |
| 133 | DOJ-PROD001A-00000959 |
| 134 | DOJ-PROD001A-00000350 |
| 135 | DOJ-PROD001A-00000293 |
| 136 | DOJ-PROD001A-00000009 |
| 137 | DOJ-PROD001A-00000352 |
| 138 | DOJ-PROD001A-00000353 |
| 139 | DOJ-PROD001A-00000354 |
| 140 | DOJ-PROD001A-00000355 |
| 141 | DOJ-PROD001A-00000356 |
| 142 | DOJ-PROD001A-00000357 |
| 143 | DOJ-PROD001A-00000358 |
| 144 | DOJ-PROD001A-00000359 |
| 145 | DOJ-PROD001A-00000360 |
| 146 | DOJ-PROD001A-00001263 |
| 148 | DOJ-PROD001A-00000305 |
| 150 | DOJ-PROD001A-00000316 |
| 152 | DOJ-PROD003-00261825 |
| 153 | DOJ-PROD003-00313208 |
| 154 | DOJ-PROD017-00000573 |
| 155-1 | DOJ-PROD017-00000162 |
| 155-2 | DOJ-PROD003-00381601 |
| 156 | DOJ-PROD019-00000525 |
| 157 | DOJ-PROD003-00261482 |
| 158 | DOJ-PROD003-00381621 |
| 159 | DOJ-PROD019-00002195 |
| 160 | DOJ-PROD019-00000877 |
| 161 | DOJ-PROD019-00000521 |
| 162 | DOJ-PROD003-00381871 |
| 163 | DOJ-PROD017-00001299 |
| 164 | DOJ-PROD003-00261623 |
| 165 | DOJ-PROD003-00261954 |
| 166 | DOJ-PROD019-00000514 |
| 167 | DOJ-PROD017-00001062 |
| 168 | DOJ-PROD019-00001177 |
| 169-1 | DOJ-PROD017-00000146 |
| 169-2 | DOJ-PROD003-00059745 |
| 170 | DOJ-PROD017-00000855 |
| 171-1 | DOJ-PROD017-00000144 |
| 171-2 | DOJ-PROD003-00036698 |
| 172 | DOJ-PROD017-00000852 |

## Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 173 | DOJ-PROD017-00001295 |
| 174 | DOJ-PROD003-00155727 |
| 175 | DOJ-PROD017-00000851 |
| 176-1 | DOJ-PROD017-00000016 |
| 176-2 | DOJ-PROD003-01080255 |
| 177 | DOJ-PROD017-00000849 |
| 178 | DOJ-PROD017-00000882 |
| 179 | DOJ-PROD003-01583060 |
| 180 | DOJ-PROD017-00001166 |
| 181 | DOJ-PROD019-00002187 |
| 182 | DOJ-PROD017-00001302 |
| 183 | DOJ-PROD017-00000863 |
| 184-1 | DOJ-PROD017-00000170 |
| 184-2 | DOJ-PROD003-00059003 |
| 185-1 | DOJ-PROD017-00000013 |
| 185-2 | DOJ-PROD003-00059475 |
| 186 | DOJ-PROD017-00000870 |
| 187 | DOJ-PROD017-00001187 |
| 188 | DOJ-PROD017-00001182 |
| 189 | DOJ-PROD017-00000015 |
| 190 | DOJ-PROD017-00001181 |
| 191 | DOJ-PROD017-00000010 |
| 192-1 | DOJ-PROD003-00381218 |
| 192-2 | DOJ-PROD017-00000168 |
| 193 | DOJ-PROD017-00000861 |
| 194 | DOJ-PROD019-00001238 |
| 195 | DOJ-PROD016-00011002 |
| 196 | DOJ-PROD017-00001034 |
| 197 | DOJ-PROD017-00000885 |
| 198 | DOJ-PROD003-00189180 |
| 199 | DOJ-PROD017-00001036 |
| 200 | DOJ-PROD017-00001390 |
| 201 | DOJ-PROD020-00000773 |
| 202 | DOJ-PROD003-00035657 |
| 203 | DOJ-PROD017-00001387 |
| 204 | DOJ-PROD017-00001388 |
| 205 | DOJ-PROD019-00001633 |
| 206 | DOJ-PROD016-00011023 |
| 207 | DOJ-PROD017-00000182 |
| 208 | DOJ-PROD017-00000903 |
| 209 | DOJ-PROD017-00001385 |
| 210 | DOJ-PROD020-00000792 |
| 211 | DOJ-PROD017-00001032 |

## Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 212 | DOJ-PROD003-00057880 |
| 213 | DOJ-PROD003-00058512 |
| 214 | DOJ-PROD020-00000080 |
| 215 | DOJ-PROD003-00119800 |
| 216 | DOJ-PROD017-00000912 |
| 217 | DOJ-PROD003-00181171 |
| 218 | DOJ-PROD017-00001378 |
| 219 | DOJ-PROD017-00002139 |
| 220 | DOJ-PROD017-00000942 |
| 221 | DOJ-PROD017-00001327 |
| 222 | DOJ-PROD017-00000836 |
| 223 | DOJ-PROD020-00000979 |
| 224 | DOJ-PROD017-00001364 |
| 225 | DOJ-PROD017-00001354 |
| 226 | DOJ-PROD017-00001333 |
| 227 | DOJ-PROD017-00001368 |
| 228 | DOJ-PROD017-00001328 |
| 229 | DOJ-PROD017-00001399 |
| 230 | DOJ-PROD019-00000664 |
| 231 | DOJ-PROD019-00001465 |
| 232 | DOJ-PROD019-00001931 |
| 233 | DOJ-PROD020-00000032 |
| 234 | DOJ-PROD017-00001293 |
| 235 | DOJ-PROD020-00000001 |
| 236 | DOJ-PROD020-00000002 |
| 237 | DOJ-PROD020-00000003 |
| 238 | DOJ-PROD020-00000029 |
| 241 | DOJ-PROD020-00000006 |
| 242 | DOJ-PROD020-00000007 |
| 243 | DOJ-PROD020-00000008 |
| 244 | DOJ-PROD020-00000009 |
| 245 | DOJ-PROD019-00001891 |
| 246 | DOJ-PROD019-00000700 |
| 247 | DOJ-PROD025-00000021 |
| 248 | DOJ-PROD025-00000022 |
| 249 | DOJ-PROD025-00000014 |
| 250 | DOJ-PROD020-00000980 |
| 251 | DOJ-PROD001A-00000124 |
| 252 | DOJ-PROD014-00027387 |
| 253 | DOJ-PROD015-00000255 |
| 254 | DOJ-PROD003-00058187 |
| 255 | DOJ-PROD022-00000003 |
| 256 | DOJ-PROD003-00037846 |

## Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 257 | DOJ-PROD003-00034346 |
| 258 | DOJ-PROD003-00042083 |
| 259 | DOJ-PROD016-00001591 |
| 260 | DOJ-PROD001A-00000246 |
| 261 | DOJ-PROD001A-00000247 |
| 262 | DaVita Inc. 2012 Definitive Proxy Statement |
| 263 | DaVita HealthCare Partners Inc. 2013 Definitive Proxy Statement |
| 264 | DaVita HealthCare Partners Inc. 2014 Definitive Proxy Statement |
| 265 | DaVita HealthCare Partners Inc. 2015 Definitive Proxy Statement |
| 266 | DaVita HealthCare Partners Inc. 2016 Definitive Proxy Statement |
| 267 | DaVita Inc. 2017 Definitive Proxy Statement |
| 268 | DaVita Inc. 2018 Definitive Proxy Statement |
| 269 | DaVita Inc. 2019 Definitive Proxy Statement |
| 270 | DaVita Inc. 2019 Notice of Special Meeting and Definitive Proxy Statement |
| 271 | DaVita Inc. 2020 Definitive Proxy Statement |
| 272 | DaVita Inc. 2021 Definitive Proxy Statement |
| 273 | DOJ-PROD015-00000702 |
| 274 | DOJ-PROD015-00000704 |
| 275 | DOJ-PROD015-00000705 |
| 276 | DOJ-PROD015-00000706 |
| 277 | DOJ-PROD015-00001229 |
| 279 | DOJ-PROD003-00038119 |
| 280 | DOJ-PROD001A-00000077 |
| 281 | DOJ-PROD001A-00000083 |
| 282 | DOJ-PROD003-00261491 |
| 283 | DOJ-PROD003-00313228 |
| 284 | DOJ-PROD003-00381222 |

## Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 285 | DOJ-PROD023-00000326 |
| 286 | DOJ-PROD003-00485848 |