**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

               Plaintiff,

v.

       1.  DAVITA INC.,

       2.  KENT THIRY,

              Defendants.

_____

**DEFENDANTS' WITHDRAWAL OF THEIR MOTION TO COMPEL THE
PRODUCTION OF BRADY MATERIAL [DKT. NO. 135]**
_____

      PLEASE TAKE NOTICE that DaVita Inc. and Kent Thiry ("Defendants") hereby withdraw their Motion to Compel the Production of Brady Material [Dkt. No. 135].  Because the parties have agreed on a process to resolve this motion, the defense moves to withdraw this motion without prejudice to refiling in the event of any dispute remaining after that process is complete.

Dated:  March 17, 2022           Respectfully submitted,

Jeffrey Stone                    /s/ *John F. Walsh III*
Daniel Campbell               John F. Walsh III
McDermott Will & Emery LLP    Wilmer Cutler Pickering Hale & Dorr LLP
444 W Lake St.                1225 17th Street, Suite 2600
Chicago, IL 60606             Denver, CO 80220
(312) 984-2064                (720) 274-3154
jstone@mwe.com             john.walsh@wilmerhale.com

Justin P. Murphy                           John C. Dodds
McDermott Will & Emery LLP                 Morgan Lewis & Bockius LLP
500 North Capitol Street, NW               1701 Market Street
Washington, DC 20001-1531                  Philadelphia, PA 19103-2921
(202) 756-8018                             (215) 963-4942
jmurphy@mwe.com                            john.dodds@morganlewis.com

*Counsel for Defendant Kent Thiry*         *Counsel for Defendant DaVita Inc.*


## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), Defendants Thiry and DaVita conferred with counsel for the United States via email on March 17, 2022, regarding this motion, and the United States does not oppose this motion.

## CERTIFICATE OF SERVICE

I certify that on March 17, 2022, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

/s/ John F. Walsh III
John F. Walsh III