IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO
Judge R. Brooke Jackson

Case No. 21-cr-00229-RBJ                                              Date: March 25, 2022

Case Title: United States v. DaVita Inc. et al.

## GOVERNMENT WITNESS LIST

| WITNESS | TIME ESTIMATED FOR DIRECT EXAMINATION |
|---|---|
| Bridget Fanning | 2.5 hours |
| Anthony Gabriel | 3.5 hours |
| FBI Special Agent Matthew Hamel | 4 hours |
| Andrew Hayek | 3.5 hours |
| Elliot Holder | 1 hours |
| Dennis Kogod | 4 hours |
| Jeffrey Lombardo | 1 hour |
| Michael Rucker | 1.5 hours |
| James Thurman | 1 hours |
| Richard Whitney | 2 hours |