IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Case No.   1:21-cr-00229-RBJ                                  Date:  March 25, 2022

Case Title:  United States v. DaVita Inc., Kent Thiry

## DEFENDANTS' WITNESS LIST

Defendants may call the following witnesses:

| WITNESS | DESCRIPTION |
|---|---|
| Timothy Buono | Fact witness |
| Thomas Carlucci | Fact witness |
| Jeannie Chen | Fact witness |
| Joseph Clark | Fact witness |
| Cameron Cleeton | Fact witness |
| Pierre Cremieux, PhD | Expert witness |
| Basak Ertan | Fact witness |
| Anthony Gabriel | Fact witness |
| Kenny Gardner | Fact witness |
| Josh Golomb | Fact witness |
| Andrew Hayek | Fact witness |
| Nathan Haines | Fact witness |
| Andrew Kay | Fact witness |
| Kristian Lau | Fact witness |
| Brian Mathis | Fact witness |
| Joe Mello | Fact witness |
| Cassie McLean | Fact witness |
| Julio Quinones | Fact witness |
| Chakilla Robinson White | Fact witness |
| Keegan Scanlon | Fact witness |
| John Schultz | Fact witness |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Case No.   1:21-cr-00229-RBJ                                  Date:  March 25, 2022

Case Title:  United States v. DaVita Inc., Kent Thiry

## DEFENDANTS' WITNESS LIST

| WITNESS | DESCRIPTION |
| --- | --- |
| Jennifer Simmons | Fact witness |
| Kent Thiry | Fact witness |
| Doug Vlchek | Fact witness |
| Matthew Weissert | Fact witness |
| Coy Wells | Fact witness |
| Richard Whitney | Fact witness |
| Nick Woods | Fact witness |

An agent or participant from each of the government's witness and attorney proffer sessions, if needed for impeachment or other purposes.

A summary witness for FRE 1006 summary exhibits.

Defendants reserve the right to remove witnesses or supplement with additional witnesses during trial preparation or after hearing testimony or argument during the Government's case-in-chief. Defendants also reserve the right to call any witnesses the Government designates on its witness list as well as any custodians or foundational witnesses not listed above.