# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

1. Davita Inc.,
2. Kent Thiry,

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    <u>Kent Thiry</u>

DATED at Denver, Colorado this 25th day of March, 2022.

<u>ALEX WOLENS</u>
Name of Attorney

<u>Winston & Strawn LLP</u>
Firm Name

<u>2121 N. Pearl Street, Ste. 900</u>
Office Address

<u>Dallas, TX 75201</u>
City, State, ZIP Code

<u>214-453-6500</u>
Telephone Number

<u>awolens@winston.com</u>
Primary CM/ECF E-mail Address

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

/s/ Alex Wolens