IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

    Defendants.

---

**JOINT PROPOSED VERDICT FORM**

---

**COUNT ONE**

We, the jury, upon our oaths, unanimously find the defendant, **DAVITA INC.**, in Count One of the Indictment:

\_\_\_ Not Guilty

\_\_\_ Guilty


We, the jury, upon our oaths, unanimously find the defendant, **KENT THIRY**, in Count One of the Indictment:

\_\_\_ Not Guilty

\_\_\_ Guilty

## COUNT TWO

We, the jury, upon our oaths, unanimously find the defendant, **DAVITA INC.**, in Count Two of the Indictment:

\_\_\_ Not Guilty

\_\_\_ Guilty

We, the jury, upon our oaths, unanimously find the defendant, **KENT THIRY**, in Count Two of the Indictment:

\_\_\_ Not Guilty

\_\_\_ Guilty

## COUNT THREE

We, the jury, upon our oaths, unanimously find the defendant, **DAVITA INC.**, in Count Three of the Indictment:

\_\_\_ Not Guilty

\_\_\_ Guilty

We, the jury, upon our oaths, unanimously find the defendant, **KENT THIRY**, in Count Three of the Indictment:

\_\_\_ Not Guilty

\_\_\_ Guilty

Dated this _____ day of _____, 2022

Dated:  March 30, 2022                    Respectfully submitted,

/s/ *William J. Vigen*
William J. Vigen, Trial Attorney
Megan S. Lewis, Assistant Chief
Sara M. Clingan, Trial Attorney
Terence A. Parker, Trial Attorney
Anthony W. Mariano, Trial Attorney
U.S. Department of Justice, Antitrust Division
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: 202-304-6283
E-mail: william.vigen@usdoj.gov

*Counsel for United States*

Dated:  March 30, 2022                    Respectfully submitted,

| | |
|---|---|
| JOHN C. DODDS<br>MORGAN LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>(215) 963-4942<br>john.dodds@morganlewis.com | */s/ John F. Walsh III*<br>JOHN F. WALSH III<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>1225 17th Street, Suite 2600<br>Denver, CO 80220<br>(720) 274-3154<br>john.walsh@wilmerhale.com<br><br>J. CLAY EVERETT, JR.<br>MORGAN LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004-2541<br>(202) 739-5860<br>clay.everett@morganlewis.com |

*Counsel for Defendant DaVita Inc.*

| | |
|---|---|
| CLIFFORD B. STRICKLIN<br>KING & SPALDING<br>1401 Lawrence Street, Suite 1900<br>Denver, CO 80202<br>(720) 535-2327<br>cstricklin@kslaw.com<br><br>JUSTIN P. MURPHY | JEFFREY E. STONE<br>DANIEL CAMPBELL<br>McDermott Will & Emery LLP<br>444 W Lake St.<br>Chicago, IL 60606<br>(312) 984-2064<br>jstone@mwe.com<br>dcampbell@mwe.com |

3

MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8018
jmurphy@mwe.com

*Counsel for Defendant Kent Thiry*

**CERTIFICATE OF SERVICE**

On March 30, 2022, I filed this document with the Clerk of the Court using CM/ECF, which will serve notice on all counsel of record.

*/s/ William J. Vigen*
William J. Vigen
Trial Attorney