IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Civil Action No.   21-cr-00229-RBJ

UNITED STATES OF AMERICA

v

1. DAVITA INC.
2. KENT THIRY

JUROR STRIKE SHEET

| JUROR NO. | JUROR NAME | GOVERNMENT CHALLENGES (example #1, #2)  Strike 1 per round for a total of 6 | DEFENDANT CHALLENGES (example #1, #2)  Strike 2 the first 4 rounds and 1 the last 2 rounds for a total of 10 |
|---|---|---|---|
| ~~1. 100442174~~ | | | |
| ~~2. 100431877~~ | | | |
| ~~3. 100442219~~ | | | |
| 4. 100427578 | | | |
| ~~5. 100459286~~ | | | |
| 6. 100448844 | | | |
| ~~7. 100427073~~ | JUROR NAMES REDACTED | | |
| 8. 100467855 | | | 9 |
| 9. 100453378 | | 1 | |
| 10. 100462357 | | | 1 |
| ~~11. 100467354~~ | | | (scribbled) |
| 12. 100469804 | | | |
| 13. 100455407 | | | |
| 14. 100465235 | | | 8 |

| JUROR NO. | JUROR NAME | GOVERNMENT CHALLENGES (example #1, #2) Strike 1 per round for a total of 6 | DEFENDANT CHALLENGES (example #1, #2) Strike 2 the first 4 rounds and 1 the last 2 rounds for a total of 10 |
|---|---|---|---|
| 15. 100453042 | | | |
| 16. 100425765 | | | 3 |
| 17. 100448086 | | | |
| 18. 100470227 | | | |
| 19. 100448108 | | | 6 |
| 20. 100460438 | | | |
| 21. 100428923 | JUROR NAMES REDACTED | | |
| 22. 100433454 | | | 5 |
| 23. 100456125 | | | |
| 24. 100469864 | | | 2 |
| 25. 100429751 | | | 4 |
| 26. 100440108 | | | |
| 27. 100470386 | | | |
| 28. 100425197 | | 2 | |

| JUROR NO. | JUROR NAME | GOVERNMENT CHALLENGES (example #1, #2) Strike 1 per round for a total of 6 | DEFENDANT CHALLENGES (example #1, #2) Strike 2 the first 4 rounds and 1 the last 2 rounds for a total of 10 |
|---|---|---|---|
| 29. 100459382 | | | |
| 30. 100471509 | | 5. | |
| 31. 100469163 | | | (10) |
| 32. 100451921 | | | |
| 33. 100435086 | | 4 | |
| 34. 100446884 | | | 7 |
| 35. 100470604 | | | |
| 36. 100436646 | | | |
| 37. 100448588 | | | |
| 38. 100449349 | | 3 | |
| 39. 100423939 | | | |
| 40. 100454469 | | | |
| 41. 100451342 | | | |
| 42. 100447573 | | 6 | |

JUROR NAMES REDACTED