IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

              Plaintiff,

v.

    1. DAVITA INC.,

    2. KENT THIRY,

              Defendants.

_____

**DEFENDANTS' MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO A PORTION OF THE TRIAL TRANSCRIPT DATED APRIL 8, 2022**
_____

      Defendants move, pursuant to D.C.COLO.LCrR 47.1, to restrict public access to portions of the transcript of the trial proceedings dated April 8, 2022. Defendants request Level 2 restriction, limiting access to the government, defendants, and the Court. D.C.COLO.LCrR 47.1(b). Specifically, Defendants request that the final public transcript be redacted at lines 126:19-128:24, as laid out in its Brief in Support of this Motion.

      Defendants are submitting under a brief that contains the basis for this motion including the information required by D.C.COLO.LCrR 47.1(c)(1)-(5).

      The government takes no position on this motion.

Dated: April 14, 2022

Jeffrey E. Stone
Daniel Campbell
McDermott Will & Emery LLP
444 W Lake St.
Chicago, IL 60606
(312) 984-2064
jstone@mwe.com

Justin P. Murphy
McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8018
jmurphy@mwe.com

*Counsel for Defendant Kent Thiry*

Respectfully submitted,

/s/ *John F. Walsh III*
John F. Walsh III
Wilmer Cutler Pickering Hale & Dorr LLP
1225 17th Street, Suite 2600
Denver, CO 80220
(720) 274-3154
john.walsh@wilmerhale.com

John C. Dodds
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-4942
john.dodds@morganlewis.com

*Counsel for Defendant DaVita Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), defendants conferred with the United States by email on April 14, 2022, regarding this motion, and the United States takes no position on this motion.

## CERTIFICATE OF SERVICE

I certify that on April 14, 2022, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

/s/ *John F. Walsh III*
John F. Walsh III