IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

    Defendants.

## VERDICT

We, the jury, unanimously answer the questions posed by the Court as follows:

### COUNT ONE

We, the jury, upon our oaths, unanimously find the defendant, **DAVITA INC.**, in Count One of the Indictment:

__X__ Not Guilty

____ Guilty

We, the jury, upon our oaths, unanimously find the defendant, **KENT THIRY**, in Count One of the Indictment:

__X__ Not Guilty

____ Guilty

## COUNT TWO

We, the jury, upon our oaths, unanimously find the defendant, **DAVITA INC.**, in Count Two of the Indictment:

**X** Not Guilty

___ Guilty

We, the jury, upon our oaths, unanimously find the defendant, **KENT THIRY**, in Count Two of the Indictment:

**X** Not Guilty

___ Guilty

## COUNT THREE

We, the jury, upon our oaths, unanimously find the defendant, **DAVITA INC.**, in Count Three of the Indictment:

**X** Not Guilty

___ Guilty

We, the jury, upon our oaths, unanimously find the defendant, **KENT THIRY**, in Count Three of the Indictment:

**X** Not Guilty

___ Guilty

Dated this __15__ day of __April__, 2022

FOREPERSON: [JUROR NAME REDACTED]