IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Case No. 21-cr-0229-RBJ

United States of America,

        Plaintiff,

v.

   1.  DaVita Inc.
   2.  Kent Thirty,

        Defendant(s).

---

## ORDER

---

Pursuant to 28 § U.S.C. §1871 (b)(3), jurors required to attend more than ten days of actual service may be paid, at the discretion of the trial judge, an additional $10.00 per day for each day over ten days required to complete jury service.

It is therefore ORDERED that the clerk shall pay jurors in the above-entitled case the sum of $60.00 per day beginning on each juror's eleventh day of service and continuing thereafter until service has been completed and jurors are released by the court.

Dated this 15th day of April, 2022.

BY THE COURT

R. Brooke Jackson
Senior United States District Judge