AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

UNITED STATES OF AMERICA

V.

2. Kent Thiry

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  21-cr-00229-RBJ

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

R. Brooke Jackson, U.S. District Judge
Name and Title of Judge

4/20/2022
Date