

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
**4/25/2022**
**JEFFREY P. COLWELL, CLERK**

**April 25, 2022**
**The Honorable R. Brooke Jackson**
**United States District Court for the District of Colorado**
**901 19th Street**
**Denver, CO 80294**

Judge Jackson,

We are journalists for MLex; an independent newsgathering organization in the United States, Europe, Asia and elsewhere throughout the world. We cover antitrust and competition issues, among other things.

We have been closely following the trial of DaVita and Kent Thiry because we believe our readers are deeply interested in the no-poach case brought by the US Department of Justice. We would like to discuss the case with jurors and to do so, we need to know their names. We are asking for access to that information.

We believe this case is significant because it represents the first time criminal no-poach charges have reached a verdict. The charges were filed under a new DOJ initiative aimed at stopping anticompetitive practices in labor markets. Companies face the threat of criminal sanctions and executives face potential jail time. Worker pay is at issue because the DOJ argues no-poach conspiracies suppress wages.

Understanding the case against DaVita and Thiry will help attorneys, workers, the public and even the DOJ itself navigate the future of labor market antitrust litigation. Juror interviews conducted by a news organization with a deep understanding of the subject matter will serve the public interest.

So we are seeking disclosure of the names of the jurors who heard the case. Thank you for your time and consideration.

**Sincerely,**
**Tony Cooke**
**Managing Editor, Americas, MLex**
**(202) 909-2138**
**Cooke@MLex.com**

**Max Fillion**
**Antitrust Correspondent, MLex**
**(202) 826-7585**
**Fillion@MLex.com**

MLex US Inc., 1776 I Street, NW, Suite 260, Washington, DC 20006, United States of America.
EIN: 990362554    www.mlex.com