# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for interested parties:

    Scott Keech

    Allen Spradling

DATED at Denver, Colorado this 14th day of June, 2022.

    Dean M. Harvey
        Name of Attorney

    Lieff Cabraser Heimann & Bernstein, LLP
        Firm Name

    275 Battery Street, 29th Floor
        Office Address

    San Francisco, CA 94111
        City, Sate, ZIP Code

    dharvey@lchb.com
        Primary CM/ECF E-mail Address