IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-CR-00229-RBJ

UNITED STATES OF AMERICA,

                                                  (Pages 1717 - 1721)

    Plaintiff,

    vs.

DAVITA, INC., and KENT THIRY,

    Defendants.

------------------------------------------------------------------

REPORTER'S TRANSCRIPT
Jury Trial - Day 10

------------------------------------------------------------------

       Proceedings before the HONORABLE R. BROOKE JACKSON, Senior Judge, United States District Court for the District of Colorado, commencing on the 15th day of April, 2022, in Courtroom A902, United States Courthouse, Denver, Colorado.

APPEARANCES

For the Plaintiff:
MEGAN S. LEWIS and WILLIAM J. VIGEN and SARA M. CLINGAN and ANTHONY W. MARIANO and TERENCE A. PARKER, U.S. Department of Justice, 450 5th Street N.W., Washington, D.C. 20530

For the Defendants:
JOHN C. DODDS and J. CLAYTON EVERETT, Morgan Lewis & Bockius, LLP, 1701 Market St., Philadelphia, PA 19103

JOHN F. WALSH, III, WilmerHale, LLP, 1225 17th St., Ste. 2600, Denver, CO 80220

THOMAS MELSHEIMER, Winston & Strawn, LLP, 2121 North Pearl Street, 9th Floor, Dallas, TX 75201

Sarah K. Mitchell, RPR, CRR, 901 19th Street, Room A252, Denver, CO 80294, 303-335-2108
Proceedings reported by mechanical stenography; transcription produced via computer.


```
 1                     APPEARANCES (Cont'd)

 2   For the Defendants:
     JUANITA R. BROOKS, Fish & Richardson, 12860 El Camino Real,
 3   Ste. 400, San Diego, CA 92130

 4   JEFFREY STONE, McDermott Will & Emery, LLP, 444 West Lake
     Street, Ste. 4000, Chicago, IL 60606
 5

 6                  *     *     *     *     *

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

21-CR-00229-RBJ    Jury Trial - Day 10    04/15/2022    1719

1                *       *       *       *       *
2        (The proceedings commenced at 4:09 p.m.)
3            THE COURTROOM DEPUTY:  All rise for the jury.
4        (Jury entered the courtroom at 4:10 p.m.)
5            THE COURT:  Have a seat, please.  Ladies and
6   gentlemen, have you reached your verdicts?
7            THE FOREPERSON:  Yes, we have.
8            THE COURT:  Thank you, sir.  The bailiff will please
9   obtain the verdict from the foreperson, which Julie, as she
10  always does, hands me upside down.  I haven't looked yet,
11  because I want to say three things to you folks first.  Number
12  one, again, thank you for your service.  It's not an easy job
13  you took on.  Not easy at all.  You've been at it for two
14  days, but that's after going on two weeks of trial.  And you
15  did your job, and I know you did it well whatever the answer
16  is, and I appreciate it.
17           Secondly, you're now free to talk about the case with
18  anybody as much as you want or as little as you want.  People
19  from the media or otherwise might try to locate you.  We don't
20  give out your location information, but people aren't too hard
21  to find sometimes.  And if you want to talk to anyone that
22  asks you about your verdict, you're free to do that or to
23  decline to do that.  And if anybody were to harass you in any
24  way, just let us know, and we'll deal with it.
25           Finally, if any of you would like to stay after I

                        Sarah K. Mitchell, RPR, CRR

21-CR-00229-RBJ    Jury Trial - Day 10    04/15/2022    1720

1  take your verdict in the deliberation room there, I'd be happy
2  to come in and meet you up close and personal, answer any
3  questions you might have, respond to any concerns that you
4  might have, whatever.  That's not required, folks.  Once you
5  walk through that door, you're free to go.  But I enjoy
6  meeting jurors, and if you would like to do that, I'll be
7  happy to come back and visit with you for a little while.  I
8  know that it's after 4 o'clock on Friday afternoon, and you be
9  the judge on that, all right?
10          So the Court will read the verdict in this case,
11  21-cr-229, United States vs. DaVita, Inc. and Kent Thiry.
12          We, the jury, unanimously answer the questions posed
13  by the Court as follows:
14          Count 1:  We, the jury, upon our oaths, unanimously
15  find the defendant DaVita, Inc. in Count 1 of the indictment
16  not guilty.  We, the jury, upon our oaths, unanimously find
17  the defendant Kent Thiry in Count 1 of the indictment not
18  guilty.
19          Count 2:  We, the jury, upon our oaths, unanimously
20  find the defendant DaVita, Inc. in Count 2 of the indictment
21  not guilty.  We, the jury, upon our oaths, unanimously find
22  the defendant Kent Thiry in Count 2 of the indictment not
23  guilty.
24          Count 3:  We, the jury, upon our oaths, unanimously
25  find the defendant DaVita, Inc. in Count 3 of the indictment

Sarah K. Mitchell, RPR, CRR

21-CR-00229-RBJ    Jury Trial - Day 10    04/15/2022    1721

1  not guilty.  We, the jury, upon our oaths, unanimously find
2  the defendant Kent Thiry in Count 3 of the indictment not
3  guilty.
4              Mr. Foreperson, have I correctly read the verdict?
5              THE FOREPERSON:  Yes, sir.
6              THE COURT:  Is it the decision of this jury to find
7  the defendants not guilty on all charges?
8              THE FOREPERSON:  Yes, sir.
9              THE COURT:  Would the Government like to have the
10 jury polled?
11             MS. LEWIS:  No, Your Honor.
12             THE COURT:  All right.  Ladies and gentlemen, again,
13 thank you for your service.  It's much appreciated.  It's
14 emotional, isn't it?  It's difficult.  You've done a terrific
15 job, and I appreciate it.  At this point, ladies and
16 gentlemen, you are discharged and free to go.  Thank you.
17             THE COURTROOM DEPUTY:  All rise for the jury.
18        (Jury left the courtroom at 4:14 p.m.)
19             THE COURT:  The jury has been discharged and excused.
20 Congratulations to the defendants.  Condolences to the
21 Government.  It's been a pleasure having all of you in my
22 courtroom, truly.  You're welcome back any time.  With that,
23 we'll be in recess.  Good day.
24        (The proceedings were concluded at 4:15 p.m.)
25

                         Sarah K. Mitchell, RPR, CRR

REPORTER'S CERTIFICATE

I, SARAH K. MITCHELL, Official Court Reporter for the United States District Court for the District of Colorado, a Registered Professional Reporter and Certified Realtime Reporter, do hereby certify that I reported by machine shorthand the proceedings contained herein at the time and place aforementioned and that the foregoing pages constitute a full, true and correct transcript.

Dated this 21st day of June, 2022.


/s/ Sarah K. Mitchell

SARAH K. MITCHELL
Official Court Reporter
Registered Professional Reporter
Certified Realtime Reporter


Sarah K. Mitchell, RPR, CRR